UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:13-cv-00157-JA-DAB

MARIA TREZZA,

    Plaintiff,

v().

CAC FINANCIAL CORP.,
PROGRESSIVE FINANCIAL
SERVICES, INC., and UNITED
COLLECTION BUREAU, INC.,

    Defendants.          /

**NOTICE OF DISMISSAL WITH PREJUDICE AS TO PROGRESSIVE FINANCIAL SERVICES, INC. ONLY**

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Florida Plaintiff's Notice of Dismissal of Case With Prejudice as to Progressive Financial Services, Inc only, a copy of which is herewith served upon Defendants.

**RESPECTFULLY SUBMITTED** this 13th Day of March, 2013.

    By: s/Alex Weisberg
    Alex Weisberg
    WEISBERG & MEYERS, LLC
    5722 South Flamingo Road, #656
    Cooper City, FL 33330
    954 337 1885
    866 775 3666 facsimile
    aweisberg@AttorneysForConsumers.com
    Attorney for Plaintiff

Filed electronically on this 13th Day of March, 2013, with:

United States District Court CM/ECF system

By: s/Lydia Bultemeyer
    Lydia Bultemeyer

2

## CERTIFICATE OF SERVICE VIA REGULAR MAIL

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Mr. Dale Golden, Golden Scaz Gagain, PLLC, 201 North Armenia Ave., Tampa FL 33609, by depositing the same on March 13, 2013, in the U.S. Mail in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com