UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIA TREZZA,

        CASE NO. 6:13-cv-00157

    Plaintiff,

v.

CAC FINANCIAL CORP.
and UNITED COLLECTION
BUREAU, INC.,

    Defendants.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), to the dismissal with prejudice of all claims filed against the Defendants in the above-captioned matter. The parties shall bear and be responsible for their own attorneys' fees and costs.

Respectfully submitted this 19th day of August, 2013.

| | |
|---|---|
| By: /s/ Alex D. Weisberg | By: /s/ Dale T. Golden |
| Alex D. Weisberg | Dale T. Golden |
| FBN: 0566551 | FBN: 0094080 |
| ALEX D. WEISBERG | GOLDEN SCAZ GAGAIN, PLLC |
| WEISBERG & MEYERS, LLC | ATTORNEY FOR CAC |
| ATTORNEYS FOR PLAINTIFF | FINANCIAL CORP. AND UNITED |
| 5722 S. Flamingo Road, #656 | COLLECTION BUREAU, INC. |
| Cooper City, FL 33330 | 201 North Armenia Avenue |
| (954) 212-2284 | Tampa, Florida 33609 |
| (866) 577-0963 (fax) | (813) 251-5500 |
| | (813) 251-3675 (fax) |

1

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY THAT the foregoing was filed on this 20th day of August, 2013, by means of the CM/ECF system, which will send notice of electronic filing to the following: Dale T. Golden, at DGolden@gsgfirm.com.

                                        By: /s/ Alex D. Weisberg
                                        Alex D. Weisberg