# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIA TREZZA,**

      **Plaintiff,**

**-vs-**                                 **Case No. 6:13-cv-157-Orl-28DAB**

**CAC FINANCIAL CORP., PROGRESSIVE FINANCIAL SERVICES, INC., UNITED COLLECTION BUREAU, INC.,**

      **Defendants.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation for Voluntary Dismissal with Prejudice (Doc. No. 27), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, with each party to bear its own fees and costs. All pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 20th day of August, 2013.

*[Signature]*
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record